IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:15CR 5 -1 |
| SALVATORE E. MAURO | : |

The United States Attorney charges:

1. At all times material, Local 1236 of the American Postal Workers Union was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, Title 29, United States Code, Section 401, et seq.

2. On or about February 27, 2013, the exact date unknown, in the County of Rowan, in the Middle District of North Carolina, SALVATORE E. MAURO, then President of Local 1236 of the American Postal Workers Union, did knowingly make a materially false statement and representation in a document and report required under the provisions of Title 29, United States Code, Section 431, that is, the annual financial report for fiscal year ending 2012, by falsely stating no funds had been disbursed to officers of the union, when in fact, as SALVATORE E. MAURO then well knew, SALVATORE E. MAURO had personally taken approximately $9,000.00 in funds from Local 1236 of the American Postal Workers Union.

All in violation of Title 29, United States Code, Section 439(b).

---
ROBERT M. HAMILTON
ASSISTANT UNITED STATES ATTORNEY

---
RIPLEY RAND
UNITED STATES ATTORNEY

2